UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC S. BRAGG, *et al.*, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT | Case No. 13-cv-02725-BAS(KSC) <br><br> **ORDER ADMINISTRATIVELY CLOSING CASE** |

On March 14, 2016, the Court consolidated this case with a related case, *J & J Sports Productions, Inc. v. Bragg*, No. 13-cv-2924-BAS(KSC) (S.D. Cal. filed Dec. 13, 2013) ("Consolidated Case"). The Court's Consolidation Order, which was filed in the Consolidated Case, also ordered consolidated pleadings. (Consolidated Case, ECF No. 121.) After consolidated pleadings were filed, the parties settled, and the Court dismissed the Consolidated Case with prejudice. (Consolidated Case, ECF Nos. 139, 145.) Accordingly, because the present action was completely consolidated into the Consolidated Case, and the Consolidated Case has been resolved, the Court

1  **ORDERS** the Clerk of the Court to administratively close this case. No judgment
2  shall be entered.
3      **IT IS SO ORDERED.**
4
5  DATED: November 30, 2016

Hon. Cynthia Bashant
United States District Judge